IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 4:08CV3054** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **DONALD LUECK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal. For the reason stated in the Notice,

IT IS ORDERED:

1. The Notice of Case Dismissal (Filing No. 7) is approved;

2. The Petition is dismissed without prejudice;

3. The parties will pay their own costs and attorney fees unless otherwise agreed in writing by and between them; and

4. The Clerk is directed to close this matter for statistical purposes.

DATED this 12th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge